UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61399-CIV-COHN/SELTZER

LINDA BROWN and GISELLE
MORRISON, et al.,

       Plaintiffs,

vs.

MORTGAGE INFORMATION
SERVICES, INC.,

       Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 33]. The Court has reviewed the Stipulation and is otherwise advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, each side to bear their own costs and fees. The Clerk shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 10th day of July, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF